In the Matter of the Claim of JAMES GRAHAM, Appellant, v PATHWAYS, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted November 17, 2003; decided December 23, 2003

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

JOBMAN 478/480 L.P., Respondent, v WILLIAM BELL et al., Appellants, and JOHN DOE et al., Respondents.

Submitted November 17, 2003; decided December 23, 2003

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in the Civil Court of the City of New York (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for a stay dismissed as academic.